# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

J. D. THOMPSON, III

NO. 2022 KW 0700

**AUGUST 29, 2022**

---

In Re:    J. D. Thompson, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-124255.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **JMM**
> **PMc**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
DEPUTY CLERK OF COURT
      FOR THE COURT